

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### NOTICE OF ORDER ON MOTION

Cause numbers:   01-12-00049-CV

Style:   Joe Anthony Romero

Kroger Company/ KrogerCo./aka Kroger Texas L.P., Sedgwick Claims Management Services Osha,Phillips, Akers and WOMAC

Date motion filed*:   February 15, 2013

Type of motion:   Motion for extension of time to file brief

Party filing motion:   Appellant

Document to be filed:   Appellant's Brief

If motion to extend time:

    Deadline to file document:   February 27, 2013

    Number of previous extensions granted:   0

    Length of extension sought:   120 days

Ordered that motion is:

☑     **Granted in part, denied in part**
    If document is to be filed, document due:  **April 29, 2013**

    ☐   The Clerk is instructed to file the document as of the date of this order
    ☐   Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐     Denied

☐     Dismissed (*e.g.*, want of jurisdiction, moot)

Judge's signature: /s/ Laura C. Higley
    ☑ Acting individually     ☐ Acting for the Court

    Panel consists of _____.

Date: February 19, 2013

November 7, 2008 Revision